No. 533.   TAKAHASHI *v.* FISH AND GAME COMMISSION ET AL.   Supreme Court of California.   Certiorari granted. *A. L. Wirin, Dean Acheson, Charles A. Horsky, Saburo Kido* and *Fred Okrand* for petitioner.   *Fred N. Howser,* Attorney General of California, for respondents.   Briefs of *amici curiae* in support of the petition were filed by *Attorney General Clark* and *Solicitor General Perlman* for the United States; *Lee Pressman* and *Frank Donner* for the Congress of Industrial Organizations; and *Thurgood Marshall* and *Marian Wynn Perry* for the National Association for the Advancement of Colored People.   ■■

Nos. 580 and 581.   INTERNATIONAL UNION, U. A. W., A. F. OF L., LOCAL 232, ET AL. *v.* WISCONSIN EMPLOYMENT RELATIONS BOARD ET AL.   Supreme Court of Wisconsin. Certiorari granted.   *J. Albert Woll* and *Herbert S. Thatcher* for petitioners.   *John E. Martin,* Attorney General of Wisconsin, and *Stewart G. Honeck,* Deputy Attorney General, for the Wisconsin Employment Relations Board, respondent.   *Edgar L. Wood, Richard H. Tyrrell* and *Bernard V. Brady* for the Briggs & Stratton Corp., respondent.

No. 607.   CALLAWAY, TRUSTEE, ET AL. *v.* BENTON ET AL. C. C. A. 5th.   Certiorari granted.   *T. M. Cunningham, A. R. Lawton, Jr., Walter A. Harris* and *Wallace Miller* for petitioners.   *Charles J. Bloch* for respondents.   ■■

No. 582.   MANDEL BROTHERS, INC. *v.* WALLACE.   C. C. A. 7th.   Certiorari granted.   *Leonard S. Lyon* and *Thomas A. Sheridan* for petitioner.   *Charles J. Merriam* and *Bernard A. Schroeder* for respondent.